IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**JOHN DOE, subscriber assigned IP address, 67.181.147.178**<br><br>　　　　　　　　　　　　　Defendant. | No. 1:16-cv-227-AWI-SKO<br><br>**ORDER ENTERING DISMISSAL WITHOUT PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(i)**<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>(Docs. 8 & 9) |

　　　On February 18, 2016, Plaintiff Malibu Media, LLC filed the complaint in this matter. Doc. 1. No answer has been filed. On April 20, 2016, Plaintiff filed a notice of dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Federal Rule of Civil Procedure 41(a)(1)(B), such notice operates as a dismissal without prejudice.

　　　Based on Plaintiff's notice, this action is dismissed without prejudice. In light of the dismissal, Plaintiff's motion for extension of time to serve the defendant with summons and complaint is denied as moot. The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:　June 2, 2016　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1